UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
J.C., etc.,

                        Plaintiff,

                  -against-                                  15-cv-3345 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       As recommended by the Magistrate Judge in a report and recommendation to which no objection has been filed, (1) defendant's motion for summary judgment dismissing the complaint [DI 19] is denied, and (2) plaintiff's motion for summary judgment [DI 21] is granted. The case is remanded for a new and impartial hearing. The Clerk shall enter judgment and close the case.

       SO ORDERED.

Dated:       February 28, 2016

                                                     Lewis A. Kaplan
                                             United States District Judge